STEVEN A. NIELSEN, CALIFORNIA STATE BAR NO. 133864
(STEVE@NIELSENPATENTS.COM)
100 LARKSPUR LANDING CIRCLE, SUITE 216
LARKSPUR, CA 94939-1743
TELEPHONE:(415) 272-8210

David R. Bennett
(*Admitted Pro Hac Vice*)
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorneys for Plaintiff*
*Altair Logix LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

|  |  |
|---|---|
| **ALTAIR LOGIX LLC,**<br><br>Plaintiff,<br>v.<br><br>**RENESAS ELECTRONICS AM., INC.,**<br><br>Defendant. | PATENT<br><br>Case No. 4:19-CV-04366-HSG<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Upon consideration of the Unopposed Motion to Extend Time for Defendant to Respond to the Complaint, it is hereby ordered that the motion is granted.

Defendant Renesas's time to answer or otherwise respond to the complaint by sixty (60) days to October 29, 2019.

DATED: 8/16/2019

GRANTED

*Haywood S. Gilliam Jr.*

Judge Haywood S. Gilliam Jr.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**ORDER REGARDING UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**